

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 283RD JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 18th day of December, 2017, the cause on appeal to revise or reverse the judgment between

ROCKY CORONADO, Appellant

No. 05-16-01004-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F14-56962-T.
Opinion delivered by Justice Myers.
Justices Francis and Whitehill participating.

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** to include an affirmative family violence finding. As **MODIFIED**, the judgment is **AFFIRMED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 6th day of June, 2018.

_____
LISA MATZ, Clerk